UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: __22-8058-WM__

UNITED STATES OF AMERICA

vs.

JUAN MATEO-LOPEZ,
    aka "MATEO SIMON LOPEZ-MATEO",
    aka "CERNESTO LOPEZ",

    Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?
Yes _____ No __X__

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?
Yes _____ No __X__

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?
Yes _____ No __X__

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

BY: *Danielle Croke*
Danielle N. Croke
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.: 0723258
500 S. Australian Ave., Suite 400
West Palm Beach, Florida 33401
Telephone: (561) 209-1035
Fax: (561) 655-9785
E-mail: danielle.croke@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED BY KJZ D.C.

Feb 23, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

| United States of America | ) |
|---|---|
| v. | ) |
| JUAN MATEO-LOPEZ, aka "MATEO SIMON LOPEZ-MATEO", aka "CERNESTO LOPEZ", | ) Case No. 22-8058-WM ) ) ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of February 18, 2022 in the county of Palm Beach in the Southern District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) and (b)(1) | Illegal reentry after deportation by a previously convicted felon |

This criminal complaint is based on these facts:

Please see the affidavit of Immigration and Customs Enforcement ("ICE") Deportation Officer Andy Korzen, which is attached hereto and incorporated herein by reference.

☑ Continued on the attached sheet.

_____
Complainant's signature

Andy Korzen, Deportation Officer, ICE
Printed name and title

Sworn to before me and and signed in accordance with the requirements of Fed. R. Crim. Pro. 4.1 by telephone (Facetime).

Date: February 23, 2022

_____
Judge's signature

City and state: West Palm Beach, Florida

Hon. William Matthewman, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT
## OF
## ANDY KORZEN
## UNITED STATES DEPARTMENT OF HOMELAND SECURITY
## IMMIGRATION AND CUSTOMS ENFORCEMENT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Task Force Officer (TFO) with the Homeland Security Investigations (HSI), and I am also Deportation Officer with the Immigration and Customs Enforcement and have been so employed for over eighteen years. I am currently assigned to the HSI, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Juan MATEO-LOPEZ, also known as Mateo Simon LOPEZ-MATEO, and Cernesto LOPEZ, committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

3. On or about February 18, 2022, Juan MATEO-LOPEZ was arrested in Palm Beach County, Florida on charges of grand theft and false official statement. He was booked and detained at the Palm Beach County Jail.

4. A review of the immigration records show that Juan MATEO-LOPEZ is a native and citizen of Guatemala. Records further show that on or

1

about December 10, 2013, Juan MATEO-LOPEZ was ordered removed. The Order of Removal was executed on or about December 23, 2013, whereby Juan MATEO-LOPEZ was removed from the United States and returned to Guatemala.

5. Thereafter, Juan MATEO-LOPEZ re-entered the United States illegally and was removed and returned to Guatemala on three additional separate occasions, on or about following dates: June 4, 2014, April 15, 2015, and May 9, 2016.

6. Records further show that on or about February 27, 2015, in the United States District Court, Southern District of Florida, Juan MATEO-LOPEZ was convicted of the felony offense of illegal re-entry after removal, case number 15CR80017-COHN-1.

7. Further review of the records shows that on or about March 31, 2016, in the United States District Court, Western District of Texas, Juan MATEO-LOPEZ was convicted of the felony offense of illegal re-entry after removal, case number 15-CR-02146-FM(1).

8. Juan MATEO-LOPEZ's fingerprints taken in connection with his February 18, 2022, arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is Juan MATEO-LOPEZ.

9. A record check was performed in the Computer Linked Application Informational Management System to determine if Juan MATEO-LOPEZ filed an application for permission to reapply for admission into the United States after

deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Juan MATEO-LOPEZ obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

10. Based on the foregoing, I submit that probable cause exists to believe that, on or about February 18, 2022, Juan MATEO-LOPEZ, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

_____
Andy Korzen
Task Force Officer
Homeland Security Investigations

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this __23rd__ day of February 2022.

_____
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 22-8058-WM

### BOND RECOMMENDATION

DEFENDANT: Juan Mateo-Lopez

Pre-Trial Detention

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: *Danielle Croke*
AUSA: Danielle N. Croke

Last Known Address: 766 Collecting Canal Road

Loxahatchee Groves, FL 33470

What Facility: Palm Beach County Jail

Agent(s): Andy Korzen, HSI
(FBI) (SECRET SERVICE) (DEA) (IRS) (ICE) (**OTHER**)