UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cr-80044-Cannon/Reinhart

8 U.S.C. §1326 (a) and (b)(1)

UNITED STATES OF AMERICA

vs.

JUAN MATEO-LOPEZ
    a.k.a. "Mateo Simon Lopez-Mateo,"
    a.k.a. "Cernesto Lopez,"

    Defendant.
_____/

FILED BY SP D.C.

Mar 24, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## INDICTMENT

The Grand Jury charges that:

On or about February 18, 2022, in Palm Beach County, in the Southern District of Florida, the defendant,

**JUAN MATEO-LOPEZ**
**a.k.a. "Mateo Simon Lopez-Mateo,"**
**a.k.a. "Cernesto Lopez,"**

an alien, having been previously removed and deported from the United States on or about December 23, 2013, June 4, 2014, April 15, 2015, and May 9, 2016, was found to be in the United States, knowingly and unlawfully, without the Attorney General of the United States or his successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3) and 202(4); and 557) having expressly consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

A TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____
DANIELLE N. CROKE
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. 22-cr-80044-Cannon/Reinhart

v.

JUAN MATEO-LOPEZ

**CERTIFICATE OF TRIAL ATTORNEY\***

Defendant.

**Superseding Case Information:**

**Court Division:** (Select One)
___ Miami      ___ Key West
___ FTL   ✓ WPB   ___ FTP

New defendant(s)              Yes ___   No ___
Number of new defendants      ___
Total number of counts        ___

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   Yes   List language and/or dialect   Spanish

4. This case will take   3   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)

   I     0 to 5 days         ✓              Petty       ___
   II    6 to 10 days        ___            Minor       ___
   III   11 to 20 days       ___            Misdem.     ___
   IV    21 to 60 days       ___            Felony      ✓
   V     61 days and over    ___

6. Has this case previously been filed in this District Court?   (Yes or No)   No
   If yes: Judge ___   Case No. ___
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   Yes
   If yes: Magistrate Case No.   22-8058-WM
   Related miscellaneous numbers: ___
   Defendant(s) in federal custody as of   3/11/2022
   Defendant(s) in state custody as of ___
   Rule 20 from the District of ___

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ___   No ✓

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ___   No ✓

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   Yes ___   No ✓

*Danielle Croke*
ASSISTANT UNITED STATES ATTORNEY
DANIELLE N. CROKE

\*Penalty Sheet(s) attached

REV 6 5 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: JUAN MATEO-LOPEZ

Case No: 22-cr-80044-Cannon/Reinhart

Count #: 1

Illegal reentry after deportation by a previously convicted felon

Title 8, United States Code, Section 1326(a) and (b)(1)

*Max. Penalty: up to 10 years of imprisonment; up to 3 years of supervised release; a $250,000 fine, and a mandatory $100 specialty assessment

* Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.