UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80044-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**JUAN MATEO-LOPEZ**,
    a.k.a. "Mateo Simon Lopez-Mateo"
    a.k.a. "Cernesto Lopez"

    Defendant.
_____/

## AMENDED ORDER ADOPTING REPORT AND RECOMMENDATION[1]

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Bruce Reinhart Following Change of Plea Hearing [ECF No. 19]. On May 3, 2022, Magistrate Judge Reinhart held a Change of Plea hearing [ECF No. 16] during which Defendant pled guilty to the sole count of the Indictment. There is no written plea agreement in this case. Magistrate Judge Reinhart thereafter issued a Report recommending that the Court accept Defendant's guilty plea to the Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of the Indictment [ECF No. 19]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

---

[1] As noted on the record at sentencing on August 19, 2022, this Amended Order corrects a typographical error in the prior Order; the prior Order referenced a guilty plea to 18 U.S.C. § 1326(a) and (b)(1), but the record is clear that Defendant pled guilty and was sentenced to illegal reentry in violation of 8 U.S.C. § 1326(a) and (b)(1).

CASE NO. 22-80044-CR-CANNON

1. The Report and Recommendation [ECF No. 19] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant Juan Mateo-Lopez as to the sole count of the Indictment is **ACCEPTED**.

3. Defendant Juan Mateo-Lopez is adjudicated guilty of the sole count of the Indictment, which charges him with illegal reentry after removal, in violation of 8 U.S.C. § 1326(a) and (b)(1) [ECF No. 9].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 19th day of August 2022.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record